NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**OPEN E CRY, LLC** AND **OPTIONSXPRESS HOLDINGS, INC.,**
*Defendants-Appellees,*

AND

**TRADESTATION SECURITIES, INC.** AND **TRADESTATION GROUP, INC.,**
*Defendants-Appellees,*

AND

**IBG, LLC, THINKORSWIM GROUP, INC., TD AMERITRADE, INC., TD AMERITRADE HOLDING CORP.,** AND **INTERACTIVE BROKERS, LLC,**
*Defendants-Appellees,*

AND

**CQG, INC.** AND **CQGT, LLC,**
*Defendants-Appellees,*

AND

**FURTUREPATH TRADING, LLC, SUNGUARD DATA SYSTEMS, INC., SUNGARD INVESTMENT VENTURES LLC,**

AND **GL TRADE AMERICAS, INC.,**
*Defendants-Appellees,*

AND

**STELLAR TRADING SYSTEMS, LTD.**
AND **STELLAR TRADING SYTEMS, INC.,**
*Defendants-Appellees,*

AND

**ESPEED MARKETS, LP, BCG CAPTIAL MARKETS,
LP, AND ECCOWARE, LTD.,**
*Defendants-Appellees,*

AND

**ROSENTHAL COLLINS GROUP, LLC,**
*Defendant.*

———————————————

2012-1583

———————————————

Appeal from the United States District Court for the Northern District of Illinois in consolidated case no. 10-CV-0715, Judge Virginia M. Kendall.

———————————————

# O R D E R

Upon consideration of Trading Technologies International, Inc.'s ("Trading Technologies") unopposed motion for a 30-day extension of time, until March 4, 2013, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. Trading Technologies's reply brief is due no later than March 4, 2013.

3            TRADING TECHNOLOGIES INTL v. OPEN E CRY, LLC

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25